**Opinion issued July 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00269-CV

————————————

## CLAUDIA FORSTERLING, Appellant

## V.

## PRESIDIO AT CLEAR LAKE, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1074099**

---

## MEMORANDUM OPINION

Appellant, Claudia Forsterling, proceeding *pro se*, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West Supp. 2015), § 101.0411 (West Supp. 2015); Order,

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Clerk of this Court on April 25, 2016, and again on June 9, 2016, that this appeal was subject to dismissal for failure to pay the required fees, appellant did not timely respond. *See id.* 5, 37.3(b), 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.